**DECOTIIS, FITZPATRICK, COLE & WISLER, LLP**
Glenpointe Center West
500 Frank W. Burr Boulevard, Suite 31
Teaneck, New Jersey 07666
(201) 928-1100

Attorneys for Defendants,
 New Jersey Turnpike Authority and
 Diane Gutierrez-Scaccetti

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RARITAN BAYKEEPER, INC., d/b/a NY/NJ BAYKEEPER, EDISON WETLANDS ASSOCIATION, INC., | Civil Action No. 3:09-cv-04117 (JAP) |
| Plaintiffs, | |
| vs. | |
| NL INDUSTRIES, INC., et al., | **NOTICE OF MOTION** |
| Defendants. | |

TO:   Edward Lloyd, Esq.
      Columbia Law School
      Jerome Greene Hall
      435 West 116th Street, Room 831
      New York, New York 10027

      Bruce J. Terris, Esq.
      Carolyn Smith Pravlik, Esq.
      Terris, Pravlik & Millian, LLP
      1121 12th Street, N.W.
      Washington, D.C. 20006-4632

**PLEASE TAKE NOTICE** that, on Monday, November 2, 2009 at 9:30 a.m., or as soon thereafter as counsel may be heard, defendants New Jersey Turnpike Authority and Diane Gutierrez-Scaccetti shall move before the above-named court, at the Clarkson S. Fisher Federal

1043618.1

Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey, for an order dismissing the complaint pursuant to Fed.R.Civ.P. 12(b)(1) and (6).

**PLEASE TAKE FURTHER NOTICE** that in support of the foregoing motion, defendants shall rely upon the brief submitted herewith.

                                              **DECOTIIS, FITZPATRICK,
COLE & WISLER, LLP**

                                              By:     /s Thomas A. Abbate

Dated: October 8, 2009